Motion (DE #4) DENIED.

[signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **HAROLD WAYNE NICHOLS,** | ) | No. 3-20-cv-0566 |
| | ) | **Death Penalty Case** |
| **Plaintiff,** | ) | *Execution date August 4, 2020* |
| v. | ) | *7:00 pm Central Daylight* |
| | ) | *Savings Time* |
| **TONY PARKER,** in his official capacity as Tennessee's Commissioner of Correction, | ) | |
| **TONY MAYS,** in his official capacity as Warden of Riverbend Maximum Security Institution, | ) | |
| **JOHN AND JANE DOES, TDOC Employees**, in their official capacities, | ) | |
| **HERBERT H. SLATERY III,** in his official capacity as Attorney General of the State of Tennessee, | ) | |
| **JUSTICES OF TENNESSEE SUPREME COURT**, in their official capacities, | ) | |
| **Defendants.** | ) | |

## Motion to Expedite Proceedings

Plaintiff Harold Wayne Nichols, through counsel and pursuant to Local Rule 7.01(c), requests that the proceedings initiated today with filing of the Complaint (Doc. 1) be expedited. Expedited proceedings, including an expedited time for Defendants to answer, are necessary and desirable for the following reasons:

1. Plaintiff Harold Wayne Nichols is scheduled for execution on August 4, 2020 at 7:00 p.m. Central Daylight Savings Time.